# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| FRED J. DE LA COTERA, D.D.S., individually and as the representative of a class of similarly-situated persons, | ) ) ) ) |
| Plaintiff, | ) Civil Action No. 1:20-cv-04764 |
| v. | ) ) |
| CAREFIRST PHARMACY, INC., an Illinois corporation, and HEALTH MART SYSTEMS, INC., a Delaware corporation, | ) ) ) ) |
| Defendants. | ) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i), Plaintiff, FRED J. DE LA COTERA, D.D.S., through his undersigned attorneys, hereby dismisses this action with prejudice, class allegations without prejudice, each side to bear its own costs.

Respectfully submitted,

FRED J. DE LA COTERA, D.D.S.

By: /s/ Ryan M. Kelly
    Ryan M. Kelly

ANDERSON + WANCA
3701 Algonquin Rd., Ste. 500
Rolling Meadows. IL 60008
Telephone: 847-368-1500
Fax: 847-368-1501
rkelly@andersonwanca.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2020, I electronically filed the foregoing Joint Stipulation of Dismissal with the Clerk of the Court using the CM/ECF system which will send notification of such filings to all counsel of record.

/s/Ryan M. Kelly